**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| MEJOR VIDA, LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-319-JDK |
| | § | |
| KIMBERLY BUTLER, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF DISMISSAL**

Before the Court is the parties' joint motion to dismiss with prejudice. Docket No. 24. The Court **GRANTS** the motion. Accordingly, all pending claims in this case are **DISMISSED** with prejudice. Each party shall bear its own costs and fees.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **30th** day of **June, 2025.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE